UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SINGER CONEY, LLC,

Plaintiff,

-against-

PEPPER PALACE, INC.,

Defendant.

1:25-cv-00721-KAM-PCG

**CERTIFICATE OF SERVICE**

DANIEL GARCIA, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Akerman LLP as Managing Clerk.

2. On February 18, 2026, I served true copies of the Plaintiff's Notice of Renewed Motion for Default Judgment, Declaration of Max Hecht and the exhibits annexed thereto, Declaration of George Stanchfield and the exhibits annexed thereto, and Declaration of Michael T. Carr, Esq. and the exhibits annexed thereto, in the above-captioned action on the following:

Pepper Palace, Inc.
3275 Newport Highway, Suite 5
Sevierville, TN 37876

Pepper Palace, Inc.
3015 Stillwell Ave.
Brooklyn, NY 11101

3. I made such service by personally enclosing the aforementioned documents properly addressed, prepaid FedEx Overnight Delivery wrappers and delivering them to an agent of FedEx for overnight delivery.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2026.

Daniel Garcia