United States District Court
Eastern District of New York

------------------------------------X

SINGER CONEY LLC,

*Plaintiff*,

- against -

PEPPER PALACE, INC.,

*Defendant*.

------------------------------------X

**Order Adopting the Report and Recommendation**

No. 25-cv-721 (KAM)(PCG)

**Kiyo A. Matsumoto, United States District Judge:**

The Court assumes the parties' familiarity with the facts and only provides the facts and procedural history necessary for this order. On January 2, 2026, Magistrate Judge Pollak entered a report and recommendation granting in part and denying in part Plaintiff Singer Coney LLC's ("Singer Coney") first motion for default judgment. (ECF No. 16, Jan. 2026 Report & Recommendation ("Jan 2026 R&R").) Judge Pollak recommended that the motion for default judgment be denied without prejudice as to its request for accelerated rent, late charges as applied to the accelerated rent, and interest. (*Id.* at 13.) After more than 14 days elapsed without a written objection from either party, this Court found no clear error in Judge Pollak's report and recommendation and adopted it in its entirety. (ECF No. 17, Order Adopting Jan 2026 R & R.) In the order adopting Judge Pollak's report and recommendation,

the Court permitted Singer Coney to renew its motion and provide the information required to pursue Singer Coney's request for accelerated rent, late charges, interest, attorneys' fees, and costs by February 13, 2026. (*Id.*)

On February 13, 2026, Singer Coney filed a request for sum certain default judgment pursuant to Federal Rule of Civil Procedure 55(b)(1). (ECF No. 19.) On February 18, 2026, however, the Clerk of Court entered a notice that Singer Coney's request for sum certain default judgment impermissibly requested attorney's fees since a request for attorney's fees is permitted under FRCP 55(b)(2) but not under FRCP 55(b)(1). (Dkt. Entry dated 02/18/2026.) Later, on February 18, 2026, Singer Coney filed its second motion for default judgment. (ECF No. 21, Second Motion for Default Judgment.) On February 27, 2026, the Court referred Singer Coney's second motion for default judgment to Magistrate Judge Cross-Goldenberg.[1] (Order Referring Motion dated 02/27/2026.)

On July 8, 2026, Judge Cross-Goldenberg ordered Singer Coney to show cause as to why the second motion for default judgment should not be recommended to be denied for failure to include a memorandum of law and a proposed order as required by Local Civil Rule 55.2(a)(2). (Order to Show Cause dated 07/08/2026.) Judge

[1] This action was reassigned to Magistrate Judge Cross-Goldenberg on January 15, 2026. (Dkt. Entry dated 01/15/2026.)

Cross-Goldenberg also directed Singer Coney to supplement the record with the missing memorandum of law and proposed order by July 15, 2026. (*Id.*) On July 15, 2026, Singer Coney filed a third motion for default judgment, which included a memorandum of law and a proposed order. (ECF No. 26, Third Motion for Default Judgment; ECF No. 26-16, Memorandum of Law in Support of Renewed Motion; ECF No. 26-17, Proposed Order.)

On July 31, 2026, Judge Cross-Goldenberg entered a report and recommendation finding that the third motion for default judgment cured the deficiencies of the second motion for default judgment and recommended that the second motion for default judgment be denied as moot. (ECF No. 29, July 2026 Report & Recommendation ("July 2026 R&R").) Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2), Judge Cross-Goldenberg directed Singer Coney to respond with any objections within 14 days of the July 2026 R&R. (*Id.*) More than 14 days have elapsed since Judge Cross-Goldenberg entered the July 2026 R&R and Defendant Pepper Palace, Inc. ("Pepper Palace"), was served, (ECF No. 28, Certificate of Service), and no party has filed a written objection.

In reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see* Fed. R. Civ. P. 72(b). "Where no timely objections

have been filed, the district court need only satisfy itself that there is no clear error on the face of the record." *Rodriguez v. MRC Bakery Corp.*, 802 F. Supp. 3d 393, 407 (E.D.N.Y. 2025) (quoting *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017)) (internal quotation marks omitted).

After careful review of the record and Judge Cross-Goldenberg's well-reasoned R&R, the Court finds no clear error and thus adopts the July 2026 R&R in its entirety as the Court's opinion. *See* 28 U.S.C. § 636(b)(1). Accordingly, it is

ORDERED that the July 2026 R&R is adopted in its entirety. Singer Coney's second motion for a default judgment at ECF No. 21 is denied as moot. Singer Coney is ordered to serve a copy of this Order on Pepper Palace at its last known address and to file proof of service with the Court by Wednesday, July 19, 2026.

**So ordered.**

Dated: August 18, 2026
Brooklyn, New York

**Kiyo A. Matsumoto**
United States District Judge
Eastern District of New York